UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER INSUASTE and, <br> ANGELINA ALEGRIA, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB PERRY and LANDAIR <br> TRANSPORT, INC., <br><br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 3:23-cv-00240 |

### DEFENDANTS JACOB PERRY AND LANDAIR TRANSPORT, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and Local Rule 81 of the United States District Court for the Northern District of Texas, Defendants, **JACOB PERRY and LANDAIR TRANSPORT, INC.** (hereinafter "Defendants"), in the above-referenced case, having been served the citation and Plaintiffs' Original Petition, files this Notice of Removal. In support thereof, Defendants states as follows:

1. On December 21, 2022, Plaintiffs, **JENNIFER INSUASTE and ANGELINA ALEGRIA**, filed an action styled: *Cause No. DC-22-17472; JENNIFER INSUASTE AND ANGELINA ALEGRIA v. JACOB PERRY and LANDAIR TRANSPORT, INC., Defendants, in the 191st Judicial District, Dallas County, Texas*.

2. Defendants, **JACOB PERRY'S AND LANDAIR TRANSPORT, INC.'S** hereby request and consents to the removal of this matter to the United States District Court for the Northern District of Texas, Dallas Division.

3. Pursuant to Local Rule 81, Defendant attaches true and correct copies of the following documents as Exhibits to this Notice of Removal:

    a)    Exhibit 1 – Cover Sheet

    b)    Exhibit 2 – Certificate of Filing of Notice of Removal in State Court.

    c)    Exhibit 3 – Plaintiff's Original Petition.

    d)    Exhibit 4 – A true and correct copy of proof of executed service on Defendant **LANDAIR TRANSPORT, INC**.

    e)    Exhibit 5 – Landair Transport, Inc.'s Original Answer and Affirmative Defenses.

    f)    Exhibit 6 – Jacob Perry's Original Answer and Affirmative Defenses.

    g)    Exhibit 7 – A true and correct copy of State Court Notice of Removal.

    h)    Exhibit 8 – State Court Case Docket.

    i)    Exhibit 9 – A list of all counsel of record, including addresses, telephone numbers, and parties represented.

    j)    Exhibit 10 – Corporate Disclosure Statement.

    k)    Exhibit 11 – Corporate Affidavit – Tripp Grant

    l)    Exhibit 12 – Certificate of Interested Parties.

    m)    Exhibit 13 – Index of Matters Being Filed.

    4.    In the underlying State Court Action, Plaintiffs allege that on or about October 11, 2021, Plaintiffs were traveling on Interstate Highway 30 in Dallas, Dallas County, Texas.  Plaintiff Angelina Alegria was a passenger in a vehicle driven by Plaintiff Jennifer Insuaste traveling eastbound on Interstate Highway 30 with Defendant Jacob Perry, traveling on the adjacent lane. Defendant Jacob Perry, failed to be attentive, failed to maintain a single lane, made an unsafe lane change, and entered Plaintiff's lane of travel, colliding with Plaintiffs' vehicle. At the time of the collision, Defendant Jacob Perry, was acting in the course and scope of his employment and agency with Defendant, Landair Transport, Inc.  Plaintiff then filed the State Court lawsuit against

Defendants for negligence and respondeat superior. Plaintiffs further allege damages sustained as a result of this incident, requests damages for physical impairment, loss of earning capacity, physical pain and mental anguish in the past and in the future, incurred medical charges and expenses in the past and in the future, in excess of the minimum jurisdictional limits of the court, pre-judgment/post-judgment interest at the maximum amount allowed by law, costs of court, monetary relief over $250,000 but not more than $1,000,000 and any further relief, either by law or in equity. Plaintiffs' Exhibit 4.

5. In their Petition, Plaintiffs admit they are residents of Rockwall County, Texas. Exhibit 4.

6. Defendant, **JACOB PERRY**, a resident of the State of Michigan, is an employee of Defendant **LANDAIR TRANSPORT, INC**.

7. Defendant, **LANDAIR TRANSPORT, INC.** exists and is a foreign for-profit corporation formed and existing under the laws of the State of Tennessee. Exhibit 12. Defendant is not a limited partnership, general partnership, limited liability company per this Certificate. Thus, Defendant is a citizen of the State of Tennessee.

8. Defendant, **LANDAIR TRANSPORT, INC.'S** principal place of business and home office address is located at 1 Landair Way, Greeneville, Tennessee 37743. Exhibit 12.

9. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over the underlying State Court Action, because the matter in controversy, as plead and demanded by Plaintiffs, exceeds the sum or value of $250,000.00, and it is between citizens of different States—Texas, Michigan and Tennessee.

## AMOUNT IN CONTROVERSY

10. Plaintiff seeks recovery of damages and monetary relief over $250,000, but no more than $1,000,000.00 and in pleading an amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied. Exhibit 4.

## DIVERSITY OF CITIZENSHIP

11. Plaintiffs allege that they are residents of Rockwall County, Texas; thus, they are Texas citizens. Exhibit 4. Defendant **JACOB PERRY** is a resident and citizen of the State of Michigan and Defendant **LANDAIR TRANSPORT, INC.** is a foreign for-profit corporation formed and existing under the laws of the State of Tennessee. Exhibits 11 and 12. Defendants are clearly citizens of States different from Plaintiffs. Therefore, the diversity of citizenship requirement in 28 U.S.C. § 1332(a)(1) is satisfied.

## PROPER VENUE

12. Pursuant to 28 U.S.C. § 1441(a), Defendants may remove any state civil action of which the district courts of the United States have diversity jurisdiction to that district and division embracing the place where such action is pending. *Reynolds v. Personal Representative of the Estate of Johnson*, 139 F.Supp.3d 838 (USDC for the Western District of Texas 2015). Here, Plaintiffs filed the underlying State Court Action in the Dallas County 191st Judicial District of Dallas County, Texas. The United States District Court for the Northern District of Texas – Dallas Division encompasses Dallas County, Texas, one of the divisions of the Northern District of Texas, Dallas Division. Therefore, this district and division are the proper venue to remove the underlying State Court Action.

## TIMELINESS OF REMOVAL

13. Defendants, pursuant to the requirements set forth in 28 U.S.C. § 1446(b)(1), are timely filing this Notice of Removal prior to all time deadlines as set forth therein.

14. The filing fee is being paid to the Clerk and is simultaneously being filed with this Notice.

15. In accordance with 28 U.S.C. § 1446(a), Local Rule 81 and as set forth above, a copy of all processes, pleadings, and other required documents are attached hereto as Exhibits 1-14.

16. This Notice of Removal is filed subject to and without waiving any defenses or objections to Plaintiffs' Original Petition as allowed by the Federal Rules of Civil Procedure and/or by any applicable state or federal law.

17. There are no orders signed by the state judge in the underlying State Court Action.

18. WHEREFORE, considering the foregoing, Defendants, **JACOB PERRY and LANDAIR TRANSPORT, INC.** respectfully request this Honorable Court to remove and accept the State Court Action, *Cause No. DC-22-17472; JENNIFER INSUASTE AND ANGELINA ALEGRIA v. JACOB PERRY and LANDAIRT TRANSPORT, INC., Defendants, in the 191st Judicial District of Dallas County, Texas* and for such other and further relief as this Court deems just and appropriate.

[SIGNATURE ON NEXT PAGE]

Respectfully Submitted,

**RESNICK & LOUIS, P.C.**


By:   */s/ Stacy H. Thompson*
**STACY H. THOMPSON**
**Bar No. 24046971**
sthompson@rlattorneys.com
2425 N. Central Expressway, Suite 231
Richardson, TX 75080
(972) 480-6828 – Office/Facsimile
For Service: mail@rlattorneys.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I do hereby certify that on February 1, 2023, I electronically filed ***Defendant's Notice of Removal*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joshua Hancock                          Email: eservice@benabbott.com
BEN ABBOTT & ASSOCIATES, PLLC
1934 Pendleton Drive
Garland, Texas 75041
***Attorney for Plaintiffs***

*/s/ Stacy H. Thompson*
**STACY H. THOMPSON**